◼ In the Matter of WILLIAM C. BONES, Respondent, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, et al., Appellants.—Judgment unanimously reversed, on the law, and petition dismissed. Memorandum: The written misbehavior reports constituted substantial evidence in support of the findings made by the Hearing Officer and affirmed by the Superintendent (see, People ex rel. Vega v Smith, 66 NY2d 130; cf. Matter of Jones v Smith, 120 Misc 2d 445, affd 101 AD2d 705, affd on other grounds 64 NY2d 1003). We note that petitioner's remaining claims were not raised in his petition or before Special Term and, therefore, are not properly before this court (see, Matter of Gaines v Kelly, 117 AD2d 1002). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present—Dillon, P. J., Boomer, Green, Pine and Lawton, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DALE EDWARD GRAVES, Appellant.—Judgment unanimously affirmed. Memorandum: By pleading guilty to felony murder in satisfaction of a four-count indictment after a Huntley hearing had been held, but before it was decided, defendant forfeited his right to determination and appellate review of his suppression motion even in the absence of an express waiver (People v Corti, 88 AD2d 345).

We have examined the other issues raised by defendant and find them without merit. (Appeal from judgment of Allegany County Court, Serra, J.—murder, second degree.) Present—Dillon, P. J., Boomer, Green, Pine and Lawton, JJ.